IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CORY M. WRIGHT,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

v.                                                  12-cv-58-wmc

OFFICER RUSSELL, OFFICER OLSON,
OFFICER WULFE, OFFICER BRODER,
OFFICER GOESER and
SGT. M. LARSON,

    Defendants.

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Cory Wright leave to proceed and dismissing this case pursuant to 28 U.S.C. 1915A(b) for failure to state a claim.

| /s/ | 9/25/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |